

**Fig.9**

Because the additional limitation in Claim 4 of a "shoulder means defining a recess and an outer bead, said basket flange fitted in said recess adjacent said bead" is provided for in the '769 patent, Claim 4 is obvious with respect to the combination of the '769 and the '259 patents.

We have considered Morgan's additional arguments and find them unpersuasive.

### CONCLUSION

Claims 1 and 2 of the '271 patent are anticipated by Morgan's '769 patent. Claims 1, 2, and 5 are obvious in view of the combination of the '769 patent with the '015 patent. Claims 3 and 4 are also obvious as a combination of the '769 patent and the '259 patents. For the reasons herein discussed, we affirm the decision of the Board.

No costs.

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Long Island Lighting Company, Orange and Rockland Utilities, Inc., Southern Califor-**

nia Edison Company, Pacific Gas & Electric Company, San Diego Gas & Electric Company, International Paper Company, Westvaco Corporation, Champion International Corporation, and Weyerhauser Company, Plaintiffs–Appellants,

v.

Spencer ABRAHAM, Secretary of Energy and George B. Breznay, Director, Office of Hearings and Appeals, Defendants–Appellees.

No. 03–1498.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2004.

Before MAYER, Chief Judge, DYK and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDER and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

TEL–INSTRUMENT ELECTRONICS CORPORATION, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

JCAIR, Inc., Defendant–Appellee.

No. 03–5094.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2004.

Before LOURIE, LINN, and PROST, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.